UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA CLEMENTINO,<br><br>　　　　　　Defendant. | PO-22-5161-GF-JTJ<br>Ticket Number: E1384285<br>Location Code: M13<br>Disposition Code: PF<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　The Defendant, Joshua Clementino, was present in court to the charge of: OPERATING VEHICLE IN EXCESS OF POSTED SPEED LIMIT.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.  Defendant must pay a fine in the amount of $20.00 plus $30.00 Special Assessment for OPERATING VEHICLE IN EXCESS OF POSTED SPEED LIMIT for a total of $50.00.  The fine has been paid in full.

Date of Imposition of Judgment: December 8, 2022.


___12/12/2022_____
Date Signed

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John Johnston
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge